FILED

MAR -2 2020

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY            DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RENEE QUANG,<br><br>Defendant and<br>Judgment Debtor,<br><br>BANK OF AMERICA,<br><br>Garnishee. | Case No.: 08CR3041-JAH<br><br>AMENDED<br>**ORDER OF GARNISHMENT** |

This Court issued a Writ of Continuing Garnishment, directed to the Garnishee Bank of America ("Garnishee") which was served upon the Garnishee on or about December 20, 2019. The Garnishee filed an Answer on or about January 14, 2020 [Dkt. 27] stating that it held $1,059.68 in funds in accounts owned by Defendant/Judgment Debtor Rene Quang ("Judgment Debtor").

The Judgment Debtor was served with the Clerk's Notice of Post-Judgment Garnishment/Instructions To Debtor, Application For Writ of Garnishment, and the Writ of Garnishment, as set forth on the Certificate of Service of Garnishment previously filed under seal, advising the Judgment Debtor of his right to a hearing. The Judgment Debtor has not requested a hearing.

WHEREFORE, IT IS ORDERED that:

Bank of America shall relinquish forthwith to the United States of America $1,059.68 plus any deposits made or interest accrued as to the accounts of Rene Quang since the Garnishee's Answer was filed with the Court.

Bank of America is directed to make the check payable to "U.S. District Court" and note the case number on the check itself. The check is to be mailed to: Office of the U.S. Attorney, Federal Office Building, Attention: ARS/Claudia Vazquez, 880 Front St., Rm. 6293, San Diego, CA 92101-8893.

The ex parte application for the issueance of the writ of continuing garnishment and all related documents are hereby ordered unsealed.

DATED: 2-27-2020

JOHN A. HOUSTON, JUDGE
United States District Court